**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6062**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

STEVEN DONEWAN CARR,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:98-cr-00246-RLV-2)

_____

Submitted: April 14, 2011                   Decided: May 2, 2011

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Donewan Carr, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order denying his motion to correct a clerical error pursuant to Fed. R. Crim. P. 36. Based on our review of the record, we find that the probation officer did not err in concluding that Carr's state conviction for breaking and entering counted as a predicate offense under the career offender Guidelines provision. See U.S. Sentencing Guidelines Manual § 4B1.1 (1998). Accordingly, Carr has failed to identify any clerical error and we therefore affirm the district court's order. See United States v. Carr, No. 5:98-cr-00246-RLV-2 (W.D.N.C. Jan. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED